# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                           Plaintiff,

                                                 **Case No. 05-CR-169**

          -vs-

ANDRE PRZEWORSKI,

                           Defendant.

---

## ORDER

---

The Court hereby grants leave for the dismissal of the above listed indictment as to defendant Andre Przeworski.

Dated at Milwaukee, Wisconsin, this 3rd day of November, 2005.


                                **SO ORDERED,**

                                **s/ Rudolph T. Randa**
                                **HON. RUDOLPH T. RANDA**
                                **Chief Judge**